**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 4:26-cr-16-AW**

**DIEGO M. VILLAVICENCIO**

_______________________________/

**STATEMENT OF FACTS**

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

On September 15, 2025, law enforcement was notified that X user "d@oracleofomega" posted a threat against the person identified as Individual 1 in the indictment. The posts depicted Individual 1 with a red sight and crosshairs pointed at his head. The first post included the threat that, "[Individual 1] will be shot and killed September 23". The second post included the threat, "[Individual 1] is next". Law enforcement subsequently associated the X account "d@oracleofomega" with the Defendant. The Defendant specifically agrees and admits that, on September 15, 2025, while in the Northern District of Florida, he knowingly transmitted the above referenced X posts with the intent to communicate a true threat and that he knew the posts would be viewed as a true threat.

FILED IN OPEN COURT THIS
4/27/26 cm
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

On September 16, 2025, the Defendant again posted a threat to his "d@oracleofomega" X account. Initially, the Defendant responded to a post by a member of Congress, identified as Individual 2 in the Indictment, and stated, "I'll kill you and your family and you won't do anything about it. Corruption listens to bullets." The Defendant then sent a direct message to Individual 2's account, stating, "You are going to be shot and killed on September 24". The Defendant specifically agrees and admits that, on or about September 16, 2025, he made the above post and direct message while in the Northern District of Florida, and that he knowingly transmitted the same with the intent to communicate a true threat, knowing that the post and message would be viewed as a true threat. Further, the Defendant agrees and admits that he made his threats to kill Individual 2 with the intent to impede, intimidate, or interfere with Individual 2 or with the intent to retaliate against them on account of the performance of official duties.

Finally, on January 25, 2026, the Defendant posted a threat against the President of the United States on the website 4chan. Specifically, the Defendant, in response to another user's post about a forum being held at Mar-a-Lago, stated: "Good, I'll be driving there to take a couple of shots at trump and some of the other corrupt plutocrats[.]" The Defendant specifically agrees and admits that, on or about January 25, 2026, while in the Northern District of Florida, he knowingly and

willfully made the above threat to take the life of or to inflict bodily harm on the President of the United States and that he understood and meant those words as a true threat.

## ELEMENTS

**Counts 1 & 3: Threatening Communication**

(1) The Defendant knowingly sent a message in interstate commerce containing a true threat to injure the person of another; and

(2) The Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

**Counts 2: Threats against Federal Officials**

(1) The Defendant threatened to assault, kidnap, or murder a United States official or a Federal law enforcement officer; and

(2) With intent to impede, intimidate, or interfere with such official or law enforcement officer while he or she was engaged in the performance of official duties.

**Count 4: Threats against the President of the United States**

(1) The Defendant wrote/said the words alleged to be the threat against the President; and

(2) The Defendant understood and meant the words as a true threat; and

The Defendant knowingly and willfully wrote or said the words.

JOHN P. HEEKIN
United States Attorney

ROBERT A. MORRIS
Attorney for Defendant

ERIC W. WELCH
Assistant United States Attorney

4/27/2026
Date

DIEGO M. VILLAVICENCIO
Defendant

4-27-26
Date